IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. LIGETTI and GREG CHRISTY, on behalf of the TRUSTEES OF THE IRON WORKERS WELFARE PLAN OF WESTERN PENNSYLVANIA, IRON WORKERS OF WESTERN PENNSYLVANIA PENSION PLAN AND THE IRON WORKERS OF WESTERN PENNSYLVANIA PROFIT SHARING PLAN, and as agents for THE IRONWORKER EMPLOYERS ASSOCIATION OF WESTERN PENNSYLVANIA, INC., THE INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL AND ORNAMENTAL IRON WORKERS, LOCAL UNION NO. 3, AFL-CIO<br><br>Plaintiffs,<br><br>vs.<br><br>R&B CONTRACTING & EXCAVATING, INC. a/k/a R&B CONTRACTING & EXCAVATION, INC.<br><br>Defendant. | Civil Action No. 17-420<br><br>Judge Joy Flowers Conti |

## ORDER OF COURT

AND NOW, to wit, this __31st__ day of __May__, 2017, upon consideration of Plaintiffs' Motion for Entry of Default Judgment and the affidavit attached thereto and there being no response filed, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion be, and hereby is GRANTED.  Judgment is entered in favor of the Plaintiffs, Greg Christy and William C. Ligetti on behalf of Trustees of the Iron Workers Welfare Plan of Western Pennsylvania, et al. and against Defendant, R&B Contracting & Excavating, Inc. a/k/a R&B Contracting & Excavation, Inc., in the amount of $540,470.25.

BY THE COURT:

/s/ Joy Flowers Conti
United States District Judge

622925.1: